50

## UNITED STATES
v.
## HENRY HUDSON
1805

JOURNAL ENTRIES

1. Indictment presented . . . . . . . . . *Journal, infra*, \*p. 5
2. Attorneys assigned; appearance . . . . . . . . " 5
3. List of jurors and witnesses ordered furnished . . . . " 6
4. Appearance . . . . . . . . . . . " 6
5. Arraignment; plea; jurors . . . . . . . . . " 8
6. Verdict; judgment . . . . . . . . . . . " 8

PAPERS IN FILE

1. Subpoena for Abbey Mitchel . . . . . . . . . .

## UNITED STATES
v.
## PIERRE CAROLINE, A PANIS
1805

JOURNAL ENTRIES

1. Indictment presented . . . . . . . . *Journal, infra*, \*p. 7

PAPERS IN FILE

1. Indictment . . . . . . . . . . . . . . .
2. Capias and return . . . . . . . . . . *Printed in Vol. 2*